OCEAN CITY LAND COMPANY, DEFENDANT IN ERROR, v. OCEAN CITY AND OCEAN CITY ASSOCIATION, PLAINTIFFS IN ERROR.

Submitted December 9, 1907—Decided March 2, 1908.

On error to the Supreme Court, whose opinion is reported in 44 *Vroom* 493.

For the plaintiffs in error, *Bleakly & Stockwell.*

For the defendant in error, *Bourgeois & Sooy.*

PER CURIAM.

The judgment in this case will be affirmed, for the reasons set forth in the opinion of Mr. Justice Garretson, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, BOGERT, VROOM, GREEN, GRAY, DILL, J.J. 13.

*For reversal*—None.